# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ZACHARIA ANDREW DENNISTON**                                    **PLAINTIFF**

**V.**                          **CASE NO. 4:18-cv-00181 JM**

**WILLIAM PERICE**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 17th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE